CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**

**Central District of California (Riverside)**

| | |
|---|---|
| **DEBTOR** | ) **Bankruptcy Petition #: 11-16870** |
| **JAVIER MURILLO** | ) |
| **DeANN MURILLO** | ) |
| | ) **Chapter 7** |
| | ) **DEBTORS' FIRST AMENDED MOTION TO** |
| | **VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtors by and through their attorney of record and files this their First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 22, 2011 and would respectfully show the court as follows:

1.      This Chapter 7 proceeding was dismissed on March 22, 2011 because of the Debtor's failure to file the required schedules, statement and/or plans.  However, all necessary filing requirements were met with the filing the addendum to Vol Pet, filed on March 2, 2011 and appear to have been overlooked by the court.  We respectfully request that this motion be granted.

WHEREFORE, Debtor prays for an Order:

A.      Reopening this Chapter 7 proceeding; and

B.      Granting such other relief as the Court deems proper.

DATED: March 24, 2011.

Respectfully Submitted,


/s/ Carl Lux _____
**Carl A. Lux** (192963)
Attorney for Debtor


**CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this
motion was served by first class mail on this the 24th of March, 2011 on the following parties affected
thereby:

Trustee
Patricia J Zimmermann (TR)
31566 Railroad Canyon Rd. Ste 306
Canyon Lake, CA 92587

Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

/s/ Carl A. Lux _____

Carl A. Lux