FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
# Central District Of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Javier Aldaco Murillo
**SSN:** xxx−xx−3747
**EIN:** N/A
aka Javier Murillo Aldaco
DeAnn Lynn Murillo
**SSN:** xxx−xx−1298
2770 West Devonshire Ave
Apt A5
Hemet, CA 92545

**BANKRUPTCY NO.** 6:11−bk−16870−SC
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: July 12, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court