CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Riverside)**

| | |
|---|---|
| **DEBTOR** | ) **Bankruptcy Petition #: 11-16870** |
| **JAVIER A. MURILLO** | ) |
| **DeANN L. MURILLO** | ) |
| | ) **Chapter 7** |
| | ) **DEBTORS' FIRST GENERIC MOTION** |

**TO THE HONORABLE JUDGE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtors by and through their attorney of record and files this their First Generic Motion and would respectfully show the court as follows:

1. This Chapter 7 proceeding was closed without a discharge on July 12, 2011 because of the Debtor's failure to file the Financial Management Course Certificate. However, the Certificate of Financial Management Courses were completed on May 18 and 20, 2011 and sent to the court. For some reason out of the control of the debtors, the court did not receive this certificate. The Certificates have since been filed with the court on July 19, 2011 and the requirement has been met for the case.

WHEREFORE, Debtor prays for an Order:

A. Reopening this Chapter 7 proceeding without charging the debtor the $260 reopening fee;

B. Granting such other relief as the Court deems proper.

DATED: July 28, 2011.

                    Respectfully Submitted,


                    /s/ Carl Lux_____
                    **Carl A. Lux** (192963)
                    Attorney for Debtor

### **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 28th of July, 2011 on the following parties affected thereby:

Trustee
**Patricia J Zimmermann (TR)**
31566 Railroad Canyon Rd. Ste 306
Canyon Lake, CA 92587

Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

                    /s/ Carl A. Lux

                    Carl A. Lux