

FILED & ENTERED

AUG 02 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

**Javier A. Murillo and DeAnn L. Murillo**,

Debtor(s).

Case No: 6:11-bk-16870-SC

Chapter: 7

**ORDER DENYING DEBTORS' FIRST GENERIC MOTION**

On July 28, 2011, Debtors in the above referenced case filed a First Generic Motion (the "Motion") [Docket 28]. This Court, having considered the Motion, and all other pleadings and files in this case

**HEREBY DENIES** the Motion.

**IT IS SO ORDERED**.

###

DATED: August 2, 2011

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING DEBTORS' FIRST GENERIC MOTION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 8/2/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Carl A Lux    carlandrewlux@gmail.com, atty_kelly@trustesolutions.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Patricia J Zimmermann (TR)    pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Javier Aldaco Murillo
DeAnn Lynn Murillo
2770 West Devonshire Ave
Apt A5
Hemet, CA 92545

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page